UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SHARON DERICO,                    :
                                  :
        Plaintiff,                :
                                  :   No. 3:10-cv-1095 (SRU)
v.                                :
                                  :
UNITED RECOVERY SYSTEMS, LP,      :   STIPULATION OF DISMISSAL
                                  :   WITH PREJUDICE
        Defendant.                :
                                  :

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed with prejudice to Plaintiff on her complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF,
SHARON DERICO

By_____
   Daniel S. Blinn
   Consumer Law Group, LLC
   35 Cold Spring Road, Ste. 512
   Rocky Hill, CT 06067
   Tel: 860-571-0408
   Fax: 888-522-1692
   E-Mail:
   dblinn@consumerlawgroup.com

        His Attorney

THE DEFENDANT,
UNITED RECOVERY SYSTEMS, LP

By:_____
   Jonathan D. Elliot
   Zeldes, Needle & Cooper, P.C.
   1000 Lafayette Boulevard
   Bridgeport, CT  06604
   Tel:    203-333-9441
   Fax:    203-333-1489
   E-Mail: jelliot@znclaw.com

        Its Attorneys

So Ordered: _____        Dated: